STATE of Missouri, Respondent,

v.

Steven A. WATTS, Appellant.

No. WD 39796.

Missouri Court of Appeals,
Western District.

April 19, 1988.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM:

Direct appeal from a conviction for murder, second degree, in violation of § 565.021, RSMo 1986.

Judgment affirmed. Rule 30.25(b).